TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney
Chief, Criminal Division
ALEXANDER SU (Cal. Bar No. 297869)
Assistant United States Attorney
Asset Forfeiture & Recovery Section
　　　1100 United States Courthouse
　　　312 North Spring Street
　　　Los Angeles, California 90012
　　　Telephone: (213) 894-0719
　　　Email:　　Alexander.Su@usdoj.gov

Attorneys for Applicant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: APPLICATION FOR LAW STUDENT PRACTICE | Case Number 2:26-MC-58-DMG<br><br>GOVERNMENT'S APPLICATION AND REQUEST TO UNDERTAKE THE SUPERVISION OF ELIGIBLE LAW STUDENT MICHELE PERBELLINI ON BEHALF OF THE UNITED STATES OF AMERICA IN CRIMINAL MATTERS PURSUANT TO LOCAL CIVIL RULE 83-4 ("STUDENT PRACTICE"); CONSENT OF THE FIRST ASSISTANT UNITED STATES ATTORNEY; DECLARATION OF SUPERVISING ATTORNEY; CERTIFICATION OF LAW STUDENT'S DEAN<br><br>*[Proposed] Order Lodged herewith*<br><br>[*No hearing requested*] |

Applicant United States of America, by and through its counsel of record, the Acting Attorney General, the First Assistant United States Attorney for the Central District of California, and Assistant United States Attorney Alexander Su, hereby applies and requests to

undertake the supervision of eligible law student MICHELE PERBELLINI on behalf of the United States of America in criminal matters pursuant to Local Civil Rule 83-4 ("Student Practice").

This Application and Request is based upon the attached memorandum of points and authorities, the Consent of the First Assistant United States Attorney, the Declaration of a Supervising Attorney, and the Certification of the Law Student's Dean.

Dated: June 24, 2026            Respectfully submitted,

TODD BLANCHE
Acting Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

JENNIFER L. WAIER
Chief Assistant United States Attorney
Chief, Criminal Division

_/s/Alexander Su_
ALEXANDER Su
Assistant United States Attorney

Attorneys for Applicant
UNITED STATES OF AMERICA

2

<u>**MEMORANDUM OF POINTS AND AUTHORITIES**</u>

Pursuant to Local Civil Rule 83-4, law students may appear on behalf of the government in criminal matters if certain requirements are met. For a law student to appear on behalf of the government in criminal matters, Local Civil Rule 83-4 ("Student Practice") requires that: (1) the United States file a written consent to the law student's appearance on its behalf (Local Civil Rule 83-4.1); (2) a law school dean's certification that the law student has the requisite knowledge and experience (Local Civil Rules 83-4.2, 83-4.4); and (3) a declaration by the supervising attorney (Local Civil Rule 83-4.3).

With this filing, the government hereby applies and requests to undertake the supervision of law student MICHELE PERBELLINI. In support of this request and to satisfy the requirements of Local Civil Rule 83-4, attached hereto and incorporated by reference is the Consent of the First Assistant United States Attorney, the Declaration of a Supervising Attorney, and the Certification of the Law Student's Dean.

Dated: June 24, 2026

Respectfully submitted,

TODD BLANCHE
Acting Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

JENNIFER L. WAIER
Chief Assistant United States Attorney
Chief, Criminal Division

_/s/Alexander Su_
ALEXANDER Su
Assistant United States Attorney

Attorneys for Applicant
UNITED STATES OF AMERICA

**CONSENT BY THE FIRST ASSISTANT UNITED STATES ATTORNEY**

The United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California, BILAL A. ESSAYLI, hereby consents that MICHELE PERBELLINI, an eligible law student under Local Civil Rule 83-4, acting under a supervising attorney (as defined in Local Civil Rule 83-4.3), may appear on behalf of the United States of America at any criminal proceeding, except for changes of plea, sentencings, or trial proceedings, as stated by Local Civil Rule 83-4.6, between May 18, 2026 and August 7, 2026.

Dated: June 23, 2026

_____
BILAL A. ESSAYLI
First Assistant United States Attorney

**DECLARATION OF ALEXANDER SU**

I, Alexander Su, declare as follows:

1.   I am an Assistant United States Attorney for the Central District of California and have served in such position since March 2022. I have been a member of the California bar since June 2014. As such, I believe that I have substantial litigation experience to supervise law student MICHELE PERBELLINI ("law student"). I presently serve in the Asset Forfeiture & Recovery Section of the Criminal Division of the United States Attorney's Office for the Central District of California ("USAO").

2.   My duties include supervising law students who volunteer in the Los Angeles Criminal and National Security Divisions of the USAO. The law student will be supervised by me or another attorney with substantial litigation experience in my office when the law student appears on behalf of the United States of America. Any qualified supervising attorney will be made aware of the requirements of Local Civil Rule 83-4 before acting in that capacity for the law student's appearances.

3.   In support of the government's application and request to undertake the supervision of an eligible law student, I state the following:

a.   I am registered with the Court's CM/ECF system, as any other qualified supervising attorney in my place will also be;

b.   I or another qualified supervising attorney in my place will appear with the law student in any oral presentations before the Court;

c.   I or another qualified supervising attorney in my place will sign all documents filed with the Court;

2

d.    I or another qualified supervising attorney in my place will assume personal professional responsibility for the law student's work in matters before the Court;

e.    I or another qualified supervising attorney in my place will assist and counsel the law student in the preparation of the law student's work in matters before the Court; and

f.    I or another qualified supervising attorney in my place will be responsible to supplement oral or written work of the law student as necessary to assure proper representation of the United States of America.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: June 24, 2026

*/s/Alexander Su*
ALEXANDER SU

3



919 Albany Street
Los Angeles, California
90015

T 213.736.1000 F 213.736.1001
www.lls.edu

June 23, 2026

**RE: Michele Perbellini**

To Whom It May Concern:

This letter certifies that Michele Perbellini is enrolled as a full-time student at Loyola Law School in Los Angeles.

Mr. Perbellini is currently in good academic standing, is eligible to continue his studies at the law school, and has completed at least one-half of the requirements for graduation. Since beginning his program, the student has successfully completed the required courses in Criminal Procedure, Criminal Law, and Evidence. To the best of our knowledge, there are no known circumstances that would render him ineligible to participate.

This certification shall remain in effect for a period of three years from the date of issuance, or until withdrawn.

If further information is needed, please contact me at (213) 736-1130.

Sincerely,

*Linda Whitfield*

Linda Whitfield
Associate Dean for Student Services